| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 08-CR-916-(S-5)-26 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: John Marinos 133 South Washington Road Oxford, NY 13830 | DISTRICT Eastern District of New York | DIVISION U.S. PROBATION Brooklyn, New York |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Sandra L. Townes | |
| | DATE OF PROBATION SENTENCE September 29, 2011 | FROM 10/6/2011 — TO 10/5/2015 |

OFFENSE

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE MARIJUANA, 21 USC 846, 841 (a)(1), and 841(b)(1)(vii), a Class B Felony

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Northern District of New York** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

May 31, 2012
Date

s/ SLT
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK**

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
*Effective Date*

_____
*United States District Judge*